Michael Kind, Esq.
Nevada Bar No.: 13903
Gustavo Ponce, Esq.
Nevada Bar No.: 15084
**Kazerouni Law Group, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com
gustavo@kazlg.com
*Attorneys for Plaintiff Katrika Penny*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Katrika Penny,<br><br>                Plaintiff,<br><br>v.<br><br>Aargon Agency Inc., d/b/a Aargon Collection Agency,<br><br>                Defendant. | Case No.: 2:19-cv-01551-JCM-DJA<br><br>**MOTION FOR LEAVE TO WITHDRAW** |

Pursuant to LR IA 11-6, Katrika Penny ("Plaintiff") hereby requests leave from this Court to allow one of Plaintiff's attorneys, Michael Kind, to withdraw from this matter. Plaintiff has been notified and does not object to the withdrawal. Mr. Kind's withdrawal from the case is not expected to cause any delay in the case. *See* LR IA 11-6(d). Gustavo Ponce will remain counsel of record for Plaintiff in this matter.

DATED this 8th day of October 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148

By: /s/ Michael Kind
Michael Kind, Esq.
*Counsel for Plaintiff*

### ORDER

IT IS ORDERED THAT Michael Kind is granted leave to withdraw from representing Katrika Penny in this matter. His name shall be removed from the docket and he will no longer receive CM/ECF filings in this matter.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 11, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2019, the foregoing Motion was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
    Gustavo Ponce, Esq.
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148